UNITED STATES DISTRICT COURT
Western District of Texas
Austin Division

| | | |
|---|---|---|
| ADALIA DUDLEY, | § | |
|     *Plaintiff* | § | CASE NUMBER: 1:20-CV-00228-RP |
| | § | |
| vs. | § | |
| | § | |
| ECCO 2018TX1, LLC, | § | |
| | § | |
| LAWGIX LAWYERS, LLC, | § | |
| | § | |
| & | § | |
| | § | |
| TEXAS BONDING CO. | § | |
|     *Defendants*. | § | |

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that the parties have reached a settlement in the above-captioned case. Plaintiff requests that all deadlines be stayed and that the parties be granted thirty days to consummate the settlement and dismiss this action with prejudice.

 

                                                                                              Respectfully Submitted,
                                                                                              By: s/Tyler Hickle
                                                                                               Plaintiff's Attorney

Tyler Hickle, SBN 24069916
Law Office of Tyler Hickle, PLLC
4005C Banister Lane, Ste. 120C
Austin, TX 78704
Tel: (512) 289-3831 Fax: (512) 870-9505
tyler@hicklepllc.com

CERTIFICATE OF SERVICE

    I, Tyler Hickle, certify that a copy of this pleading was served on all parties via the ECF/EM system on April 27, 2020.