IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ADALIA DUDLEY, | § | |
| Plaintiff, | § § § | |
| v. | § § | 1:20-CV-228-RP |
| ECCO 2018TX1, LLC, LAWGIX LAWYERS, LLC, and TEXAS BONDING CO., | § § § § § | |
| Defendants. | § | |

## ORDER

On April 27, 2020, Plaintiff Adalia Dudley filed a Notice of Settlement informing the Court that the parties had reached a settlement and requesting a thirty-day stay of all deadlines "to consummate the settlement." (Dkt. 16 at 1).

In light of the parties' notice, the Court **ORDERS** that all pending deadlines are **STAYED** until **May 28, 2020**. The parties shall either file a stipulation of dismissal or a motion to extend the stay no later than **May 28, 2020**.

**SIGNED** on April 28, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE