UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ADALIA DUDLEY, § | |
|     Plaintiff, § | |
| § | |
| vs. § | Case No.: 1:20-CV-228-RP |
| § | |
| ECCO 2018TX1, LLC, § | |
| LAWGIX LAWYERS, LLC, § | |
| & § | |
| TEXAS BONDING CO., § | |
|     Defendants. § | |

## STIPULATION TO DISMISSAL WITH PREJUDICE

    Through their undersigned counsel Plaintiff and Defendants stipulate to the dismissal with prejudice of all of Plaintiff Adalia Dudley's claims against all Defendants.

    Respectfully submitted,

/s/   Tyler Hickle
Tyler Hickle, SBN 24069916
Law Office of Tyler Hickle, PLLC
4005C Banister Lane, Ste. 120C
Austin, TX 78704
Tel: (512) 289-3831
Fax: (512) 870-9505
tyler@hicklepllc.com

ATTORNEY FOR PLAINTIFF

/s/   Manuel H. Newburger
Manuel H. Newburger
TBN 14946500
Barron & Newburger, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
(512) 649-4022
mnewburger@bn-lawyers.com
ATTORNEY FOR DEFENDANTS
ECCO 2018TX1, LLC and
LAWGIX LAWYERS, LLC

/s/ Gregory M. Weinstein
GREGORY M. WEINSTEIN
Texas State Bar No. 21096430
JEINSTEIN RADCLIFF PIPKIN LLP
8350 N. Central Expressway, Ste. 1550
Dallas, Texas 75206
Telephone: 469.629.5300
Email: gweinstein@weinrad.com
ATTORNEY FOR DEFENDANT
TEXAS BONDING CO.