UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ADALIA DUDLEY,** § | |
| Plaintiff, § | |
| § | |
| vs. § | Case No.: 1:20-CV-228-RP |
| § | |
| **ECCO 2018TX1, LLC,** § | |
| **LAWGIX LAWYERS, LLC,** § | |
| § | |
| **&** § | |
| § | |
| **TEXAS BONDING CO.,** § | |
| Defendants. § | |

## NOTICE OF SETTLEMENT OF ALL REMAINING CLAIMS

Cross Plaintiff, TEXAS BONDING CO., hereby notifies the Court that the parties have reached a settlement of the cross claim in the above-captioned case. Cross Plaintiff, TEXAS BONDING CO. and Cross Defendant, LAWGIX LAWYERS, LLC, hereby stipulate to dismissal of this action with prejudice.

Respectfully submitted,

/s/ Manuel H. Newburger
Manuel H. Newburger
TBN 14946500
Barron & Newburger, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
(512) 649-4022
mnewburger@bn-lawyers.com
ATTORNEY FOR CROSS-DEFENDANT
LAWGIX LAWYERS, LLC

/s/ Gregory M. Weinstein
Gregory M. Weinstein
TBN. 21096430
Weinstein Radcliff Pipkin LLP
8350 N. Central Expressway, Ste. 1550
Dallas, Texas 75206
Telephone: 469.629.5300
Email: gweinstein@weinrad.com
ATTORNEY FOR CROSS-PLAINTIFF
TEXAS BONDING CO

## **CERTIFICATE OF SERVICE**

    I certify that a true copy of the foregoing Notice was served all attorneys of record via the Court's ECF system on the 10th day of August, 2020.

                                            /s/ Gregory M. Weinstein
                                                  Gregory M. Weinstein